# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO



E-Filing CR 07 0335 SI

UNITED STATES OF AMERICA,

V.

MARTIN LEE SIMON

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. Section 922 (g)(1) - Felon in Possession of a Firearm

A true bill.

_____ Foreman

Filed in open court this _____ day of
_____

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- felon in possession of a firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment, 3 years supervised release, $250,000 fine, $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAY 29  PM 4:05
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
MARTIN LEE SIMON

**DISTRICT COURT NUMBER**
CR 07 0335 SI

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DREW CAPUTO

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED

07 MAY 29 PM 4: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07    0335 SI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) | VIOLATION: Title 18, United States Code, Section 922(g)(1) -- Felon in Possession of a Firearm |
| v. | ) ) | |
| MARTIN LEE SIMON, | ) ) | SAN FRANCISCO VENUE |
| Defendant. | ) ) ) | |

INDICTMENT

The Grand Jury charges:

On or about March 17, 2007, in the Northern District of California, the defendant,

MARTIN LEE SIMON,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a Walther .38 caliber pistol with serial number S021860, in violation of Title 18, United States

//

//

```
 1 | Code, Section 922(g)(1).
 2 |
 3 | DATED: 05/29/07                        A TRUE BILL.
 4 |
 5 |                                        _____
 6 |                                        FOREPERSON
 7 | SCOTT N. SCHOOLS
   | United States Attorney
 8 |
 9 | _____
   | IOANA PETROU
10 | Chief, Major Crimes Section
11 |
12 | (Approved as to form: _Andrew Caputo_ )
   |                        AUSA Caputo
13 |
```

2