SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0335 SI |
|     Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| MARTIN LEE SIMON, | |
|     Defendant. | |

    To the Honorable Susan Illston, United States District Judge for the Northern District of California:

    The United States respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Martin Lee Simon. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the duty magistrate judge in the above-referenced case. His place of custody and jailor are set forth in the following

//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0335 SI

writ.

DATED: May 31, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                  /s
ANDREW P. CAPUTO
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED:

HON. SUSAN ILLSTON
United States District Judge

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor or Warden of San Quentin Prison:

**GREETINGS**

The prisoner, Martin Lee Simon, CDC # T096617, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the duty magistrate judge of the Northern District of California FORTHWITH. You shall bring him before the duty magistrate judge, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Susan Illston, United States District Judge for the Northern District of California.

DATED:                                             CLERK
                                                   UNITED STATES DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA

                                                   _____
                                                   DEPUTY CLERK