1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Chief, Criminal Division

4  ALLISON M. DANNER (CSBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 07-0335 SI
                                        )
15         Plaintiff,                   )
                                        )   **NOTICE OF CHANGE OF COUNSEL**
16     v.                               )
                                        )
17 MARTIN LEE SIMON,                    )
                                        )
18         Defendants.                  )
                                        )
19

20     The United States Attorney's Office hereby files this Notice of Change of Counsel to

21 advise the court that the assigned Assistant United States Attorney for this case is Allison M.

22 Danner.  Future ECF notices should be sent to AUSA Allison M. Danner only at the email

23 address of allison.danner@usdoj.gov.

24 //

25 //

26 //

27 //

28 //

NOTICE OF CHANGE OF COUNSEL
[CR 07-0335 SI]

1  AUSA Andrew P. Caputo should be removed from the list of persons to be noticed.

2

3  DATED: July 11, 2007                Respectfully submitted

4                                      SCOTT N. SCHOOLS
                                       United States Attorney
5

6

7                                      _____/s/_____
                                       ALLISON M. DANNER
                                       Assistant United States Attorney
8

NOTICE OF CHANGE OF COUNSEL
[CR 07-0335 SI]