SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0335 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MARTIN LEE SIMON, | |
| Defendant. | |

    With the agreement of the parties in open court, and with the consent of defendant Martin Lee Simon, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 16, 2007 through July 27, 2007, the date of the defendant's first appearance before the district court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow his counsel time to review discovery that has recently been provided by the government and discovery that has not yet been provided

by the government.

    2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from July 16, 2007 through July 27, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

    3.     Accordingly, and with the consent of the defendant at the hearing on July 16, 2007, the Court ordered that the period from July 16, 2007 through July 27, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: July 17, 2007                               /s/
                                          JOSH COHEN
                                          Attorney for Defendant

DATED: July 16, 2007                               /s/
                                          ALLISON MARSTON DANNER
                                          Assistant United States Attorney

    IT IS SO ORDERED.

DATED: July 19, 2007                                        
                                            NANDOR J. VADAS
                                            United States Magistrate Judge