# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/27/07

Case No.   CR-07-0415 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- MARTIN LEE SIMON (C)(P)

Attorneys:  Danner          Cohen

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

## PROCEEDINGS

1)  Trial Setting - HELD
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                         PART

Case continued to   @ 11:00 a.m.   for

Case continued to **9/7/07  @ 11:00 a.m.**   for Motions
(Motion due 8/10/07 , Opposition 8/24/07  Reply 9/7/07 )

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends: 8/10/07**
(   AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )