SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7144
   Fax:  (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN LEE SIMON,<br><br>    Defendant. | No. CR 07-0335 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties in open court, and with the consent of defendant Martin Lee Simon, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 27, 2007 through August 10, 2007, the date of the defendant's next appearance before the district court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow his counsel time to review discovery that has recently been provided by the government.

1       2.    Given these circumstances, the Court found that the ends of justice served by
2 excluding the period from July 27, 2007 through August 10, 2007 outweigh the best interest of
3 the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
4       3.    Accordingly, and with the consent of the defendant at the hearing on July 27, 2007, the
5 Court ordered that the period from July 27, 2007 through August 10, 2007 be excluded from
6 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7       IT IS SO STIPULATED.

9 DATED: July 30, 2007                  /s/
                                           JOSH COHEN
10                                          Attorney for Defendant

12 DATED: July 30, 2007                  /s/
                                           ALLISON MARSTON DANNER
13                                          Assistant United States Attorney

15       IT IS SO ORDERED.

17 DATED: August 1, 2007

                                       SUSAN ILLSTON
                                       United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

2