| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOSH COHEN |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant SIMON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-03355 SI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING HEARING ON** |
| v. | ) | **DEFENDANT'S MOTION TO DISMISS** |
| MARTIN SIMON, | ) | |
| Defendant. | ) | |

The parties in this matter are presently scheduled to appear before this Court on September 7, 2007 for a hearing on the motion to dismiss filed by Mr. Simon on August 10, 2007. The parties are presently engaged in settlement discussions that may preclude the need for a response to and/or hearing on the motion. To allow those discussions to proceed, the parties agree and stipulate that the briefing schedule and motions hearing should be postponed by one week. Specifically, the parties agree and stipulate that the government's opposition to defendant's motion shall be filed on or before August 31, 2007; that defendant's reply shall be filed on or before September 7, 2007; and that the hearing presently scheduled for September 7, 2007 shall be continued to September 14, 2007.

The parties further agree and stipulate that the time between September 7, 2007 and

1  September 14, 2007 should be excluded under the Speedy Trial Act because Mr. Simon's motion

2  will be pending before the Court throughout this period. *See* 18 U.S.C. § 3161(h)(1)(F).

3        IT IS SO STIPULATED.

4  Dated: 8/20/07                                    ___/s/_____
                                                     BARRY J. PORTMAN
5                                                    Federal Public Defender
                                                     JOSH COHEN
6                                                    Assistant Federal Public Defender

7
   Dated: 8/20/07                                    ___/s/_____
8                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
9                                                    ALLISON DANNER
                                                     Assistant United States Attorney
10

11                                **ORDER**

12        Accordingly, and for good cause shown, it is hereby ordered that the motions hearing

13  presently scheduled for September 7, 2007 shall be continued to September 14, 2007 at 11:00

14  a.m. The parties shall adhere to the revised briefing schedule set forth above. It is further

15  ordered that the time between September 7, 2007 and September 14, 2007 shall be excluded

16  under the Speedy Trial Act as delay resulting from the filing of the pretrial motion to dismiss that

17  is now pending before the Court. *See* 18 U.S.C. § 3161(h)(1)(F).

18        IT IS SO ORDERED.

19  Dated:                                           _____
                                                     SUSAN ILLSTON
20                                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26