1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SIMON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-07-0335 SI
                                    )
12           Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO VACATE HEARING ON**
13      v.                           )   **DEFENDANT'S MOTION TO DISMISS**
                                    )   **AND SET MATTER FOR CHANGE OF**
14 MARTIN SIMON,                     )   **PLEA**
                                    )
15           Defendant.              )
   _____)
16

17      Now pending before the Court is defendant's motion to dismiss. The government has

18 agreed to file its opposition on or before August 31, 2007, and the Court has scheduled a hearing

19 on defendant's motion for September 14, 2007.

20      The parties have reached a tentative resolution to the case. Accordingly, the parties agree

21 and stipulate that the hearing on defendant's motion should be vacated, and the matter set for

22 change of plea on September 14, 2007. The parties further agree and stipulate that the

23 ///

24 ///

25 ///

26 ///

CR 07-0335 SI; STIP TO VACATE MOTIONS
HEARING                                          1

1  government shall file no opposition to defendant's motion at this time.

2      IT IS SO STIPULATED.

3  Dated: 8/28/07                                                        ___/s/_____
                                                              BARRY J. PORTMAN
4                                                                Federal Public Defender
                                                              JOSH COHEN
5                                                                Assistant Federal Public Defender

6  
7  Dated: 8/28/07                                                   ____/s/_____
                                                               SCOTT N. SCHOOLS
                                                              United States Attorney
8                                                                ALLISON DANNER
                                                              Assistant United States Attorney
9  

10 **ORDER**

11      Accordingly, and for good cause shown, the motions hearing on September 14, 2007 is

12  hereby vacated. The parties are directed to appear on September 14, 2007 at 11:00 a.m. for

13  change of plea. The briefing schedule on defendant's motion shall be suspended pending change

14  of plea.

15      IT IS SO ORDERED.

16  Dated:                                                                   _____
                                                               SUSAN ILLSTON
17                                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

CR 07-0335 SI; STIP TO VACATE MOTIONS
HEARING                                            2