1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SIMON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-07-03355 SI
                                    )
12              Plaintiff,          )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING HEARING ON**
13     v.                           )   **DEFENDANT'S MOTION TO DISMISS**
                                    )
14 MARTIN SIMON,                    )
                                    )
15              Defendant.          )
   _____)
16

17     The parties in this matter are presently scheduled to appear before this Court on

18 September 7, 2007 for a hearing on the motion to dismiss filed by Mr. Simon on August 10,

19 2007. The parties are presently engaged in settlement discussions that may preclude the need for

20 a response to and/or hearing on the motion. To allow those discussions to proceed, the parties

21 agree and stipulate that the briefing schedule and motions hearing should be postponed by one

22 week. Specifically, the parties agree and stipulate that the government's opposition to

23 defendant's motion shall be filed on or before August 31, 2007; that defendant's reply shall be

24 filed on or before September 7, 2007; and that the hearing presently scheduled for September 7,

25 2007 shall be continued to September 14, 2007.

26     The parties further agree and stipulate that the time between September 7, 2007 and

CR 07-0335 SI; STIP TO CONTINUE
MOTIONS HEARING                           1

September 14, 2007 should be excluded under the Speedy Trial Act because Mr. Simon's motion will be pending before the Court throughout this period. See 18 U.S.C. § 3161(h)(1)(F).

IT IS SO STIPULATED.

Dated: 8/20/07

/s/
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 8/20/07

/s/
SCOTT N. SCHOOLS
United States Attorney
ALLISON DANNER
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, it is hereby ordered that the motions hearing presently scheduled for September 7, 2007 shall be continued to September 14, 2007 at 11:00 a.m. The parties shall adhere to the revised briefing schedule set forth above. It is further ordered that the time between September 7, 2007 and September 14, 2007 shall be excluded under the Speedy Trial Act as delay resulting from the filing of the pretrial motion to dismiss that is now pending before the Court. See 18 U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE