BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0335 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING ON DEFENDANT'S MOTION TO DISMISS AND SET MATTER FOR CHANGE OF PLEA** |
| v. | |
| MARTIN SIMON, | |
| Defendant. | |

Now pending before the Court is defendant's motion to dismiss. The government has agreed to file its opposition on or before August 31, 2007, and the Court has scheduled a hearing on defendant's motion for September 14, 2007.

The parties have reached a tentative resolution to the case. Accordingly, the parties agree and stipulate that the hearing on defendant's motion should be vacated, and the matter set for change of plea on September 14, 2007. The parties further agree and stipulate that the

///

///

///

///

CR 07-0335 SI; STIP TO VACATE MOTIONS HEARING                    1

1  government shall file no opposition to defendant's motion at this time.

2      IT IS SO STIPULATED.

3  Dated: 8/28/07                           ___/s/_____
4                                             BARRY J. PORTMAN
                                           Federal Public Defender
                                           JOSH COHEN
5                                             Assistant Federal Public Defender

6

7  Dated: 8/28/07                           ____/s/_____
                                           SCOTT N. SCHOOLS
                                           United States Attorney
8                                             ALLISON DANNER
                                           Assistant United States Attorney

9

10                                        **ORDER**

11     Accordingly, and for good cause shown, the motions hearing on September 14, 2007 is

12 hereby vacated. The parties are directed to appear on September 14, 2007 at 11:00 a.m. for

13 change of plea. The briefing schedule on defendant's motion shall be suspended pending change

14 of plea.

15     IT IS SO ORDERED.

16 Dated:                                                   _____
17                                                 SUSAN ILLSTON
                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26