**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/14/07

Case No.   CR-07-0415 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES  -v-  MARTIN LEE SIMON (C)(P)

Attorneys:  Danner           Cohen

Deputy Clerk: Tracy Sutton  Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Change of Plea  - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                PART

Case continued to **11/30/07  @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  @   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.

The defendant plead guilty to a single count indictment.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )