# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 14 2007

**Case Number** _Martin Lee Simon_ SI

**Defendant's Name** _(CR07) - 335 SI_

**Defense Counsel** _J. Cohen_

**Due Date** _11/30/07 @ 11:00 AM_

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

_X_ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today** to make the necessary arrangements.

**For use of Courtroom Deputies**
Is defendant in custody?  _Yes_
Is defendant English speaking?  _Yes_
What is defendant's address?

Richard W. Wieking
Clerk

by: _Sutton_

T. Sutton, Deputy Clerk

cc: U.S. Probation Office