BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant Simon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00335-SI |
| | ) | |
| Plaintiff, | ) | **NOTICE OF CHANGE OF COUNSEL** |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN LEE SIMON, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

The Federal Public Defender's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant Federal Public Defender ("AFPD") for this case is Jodi Linker.  AFPD Josh Alan Cohen should be removed from the list of persons to be noticed.

Dated: September 17, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

JODI LINKER
Assistant Federal Public Defender