# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

November 6, 2007

**MEMORANDUM**

The Honorable Susan Illson
United States District Judge

          **RE: Simon, Martin Lee**
          **Docket No. CR 07-0335-01 SI**
          **Request for Continuance of Sentencing**

Your Honor:

The defendant referenced above is currently scheduled for Judgment and Sentencing on November 30, 2007. The Presentence Report has not been completed due to a delay in the case being referred to our office by previous counsel, as well as a delay in the availability of new counsel for the presentence review due to other commitments. In conferring with your courtroom deputy, the parties, and taking into account the availability of the undersigned, the date of January 25, 2008, is the earliest date all parties are available. Other earlier dates are not available due to other commitments or scheduled leaves of absences due to the holidays. Should schedules change, the sentencing date can be advanced. Therefore, it is respectfully requested that Judgment and Sentencing be continued to January 25, 2007, at 11:30 a.m.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7580.

Respectfully submitted,

_____
E. Ann Searles
United States Probation Officer

Reviewed and Approved by:

_____
Sheila John
Supervisory United States Probation Officer

cc: Allison Marston Danner, Assistant United States Attorney
Jodi Linker , Assistant Federal Public Defender

Case 3:07-cr-00335-SI     Document 22     Filed 11/13/2007     Page 2 of 2

cc: Allison Marston Danner, Assistant United States Attorney
Jodi Linker , Assistant Federal Public Defender