

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: CR 07-00335-1 SI**
)
**Martin L. Simon** )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _November 30, 2007_ be continued until _January 25, 2007_ at _11:30 a.m._ .

Date: _____    _____
Susan Illston
United States District Judge