**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

November 28, 2007

The Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *United States v. Martin Simon*, Case No. 07-335 SI

Dear Judge Illston:

    I am writing to you regarding the scheduling of the sentencing hearing in the above-referenced matter. This sentencing was originally scheduled for November 30, 2007; however, the Court signed a proposed order submitted by the Probation Officer to continue the sentencing to January 25, 2008. Unfortunately, I am not available on January 25th.

    In order to prevent any further delay in the sentencing, I am requesting that the sentencing be specially set for January 24, 2008 at 3:30 pm. I have consulted with all of the parties, and there is no objection to this request as all parties are available at that time. I have also spoken with your courtroom deputy, who has informed me that the Court is also available at that time.

    I appreciate your attention to this request and apologize for any inconvenience it may cause.

                                  Respectfully submitted,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                  /s/
                                  JODI LINKER
                                  Assistant Federal Public Defender

cc:    Allison Danner
       Ann Searles