# ATTACHMENT 1

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **SAN MATEO**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **MARTIN SIMON**
AKA: **MARTIN LEE SIMON JR., ETC.**
CII#: **020156093**
BOOKING #: **1073279**

DOB: **01-27-81**

SC063441A  -A
-B
☐ NOT PRESENT  -C
☒ PRESENT  ☐ AMENDED ABSTRACT  -D

FILED
SAN MATEO COUNTY
APR 13 2007
Clerk of the Superior Court
By _____ DEPUTY CLERK

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT

DATE OF HEARING: **04-13-07**
DEPT. NO.: **11**
JUDGE: **JOHN GRANDSAERT**

CLERK: **SARAI GOULART**
REPORTER: **MICHAEL SHINTAKU**
PROBATION NO. OR PROBATION OFFICER:

COUNSEL FOR PEOPLE: **FORD**
COUNSEL FOR DEFENDANT: **BERNSTEIN** ☐ APPTD.

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L.M.U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 12021(A)(1) | PSSESSN OF FIREARM BY FELON | 2007 | 04-13-07 | | X | | M | | | | | | | 2 | 0 |
| 2 | PC | 69 | OBSTRCT/RSIST EXEC OFFICER | 2007 | 04-13-07 | | X | | M | X | | | | | | (2 | 0) |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ___
7. ☐ Additional indeterminate term (see CR-292).
8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: **2** **0**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Page 1 of 2
Penal Code,
§§ 1213, 1213.5

MS0136

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | |
|---|---|---|---|
| DEFENDANT: MARTIN SIMON | | | |
| SC063441A  -A | -B | -C | -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

a. Restitution Fine(s):

Case A: $200 per PC 1202.4(b) forthwith per PC 2085.5; $200 per PC 1202.45 suspended unless parole is revoked.
Case B: $____ per PC 1202.4(b) forthwith per PC 2085.5; $____ per PC 1202.45 suspended unless parole is revoked.
Case C: $____ per PC 1202.4(b) forthwith per PC 2085.5; $____ per PC 1202.45 suspended unless parole is revoked.
Case D: $____ per PC 1202.4(b) forthwith per PC 2085.5; $____ per PC 1202.45 suspended unless parole is revoked.

b. Restitution per PC 1202.4(f):

Case A: $____ ☒ Amount to be determined to ☒ victim(s)* ☐ Restitution Fund
Case B: $____ ☐ Amount to be determined to ☐ victim(s)* ☐ Restitution Fund
Case C: $____ ☐ Amount to be determined to ☐ victim(s)* ☐ Restitution Fund
Case D: $____ ☐ Amount to be determined to ☐ victim(s)* ☐ Restitution Fund

(*List victim name(s) if known and amount breakdown in item 11, below.)

c. Fine(s):

Case A: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case B: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case C: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case D: $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

d. Lab Fee and Drug Program Fee:

Case A: Lab Fee: $____ per HS 11372.5(a) for counts ____. ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case B: Lab Fee: $____ per HS 11372.5(a) for counts ____. ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case C: Lab Fee: $____ per HS 11372.5(a) for counts ____. ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case D: Lab Fee: $____ per HS 11372.5(a) for counts ____. ☐ Drug Program Fee of $150 per HS 11372.7(a).

10. TESTING

a. ☐ AIDS pursuant to PC 1202.1   b. ☒ DNA pursuant to PC 296   c. ☐ other (specify):

11. Other orders (specify):
COURT SECURITY SURCHARGE FEE OF $20.00 ORDERED PAID. DEFENDANT TO PAY RESTITUTION TO VICTIM IN AN AMOUNT TO BE DETERMINED BY CDC PLUS 10%.

12. EXECUTION OF SENTENCE IMPOSED
a. ☒ at initial sentencing hearing.
b. ☐ at resentencing per decision on appeal.
c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 42 | 28 | 14 | ☒ 4019 / ☐ 2933.1 |
| B | | | | ☐ 4019 / ☐ 2933.1 |
| C | | | | ☐ 4019 / ☐ 2933.1 |
| D | | | | ☐ 4019 / ☐ 2933.1 |

Date Sentence Pronounced: 04-13-07

Time Served in State Institution:
DMH [ ]   CDC [ ]   CRC [ ]

14. The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
☒ other (specify): CALIFORNIA STATE PRISON, SAN QUENTIN

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| MARK STRAITEN | 04-13-07 |

MS0137

CR-290 (Rev. January 1, 2003)   ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE   Page 2 of 2