# ATTACHMENT 2

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF:** San Mateo

**FILED SAN MATEO COUNTY** JUN 2 0 2003
Clerk of the Superior Court
By Starlette English, DEPUTY CLERK

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: Martin Simon | DOB: 01-27-81 | CASE NUMBER: SC049317A |
| AKA: Bobbie Simon, etc | | |
| CII#: 020156093 | | |
| BOOKING #: 0480419 | ☐ NOT PRESENT | |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | Present  ☐ AMENDED ABSTRACT | |
| DATE OF HEARING: 06-20-03 | DEPT. NO. 12 | JUDGE: H. James Ellis |
| CLERK: Kristy Nelson | REPORTER: Sandra Bettencourt | PROBATION NO. OR PROBATION OFFICER: n/a |
| COUNSEL FOR PEOPLE: Giannini | COUNSEL FOR DEFENDANT: Keyes | ☒ APPTD. |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L,M,U) | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11351.5 | Possess rock cocaine for sale | 2000 | 12-03-01 | | | X | L | 3 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

    Restitution Fine(s): **$200.00** per PC 1202.4(b) forthwith per PC 2085.5; **$200.00** per PC 1202.45 suspended unless parole is revoked.

    Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
    (*List victim name(s) if known and amount breakdown in item 7 below.)

    Fine(s): $____ per PC 1202.5. $____ per VC 23550 or ____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

    Lab Fee: $____ per HS 11372.5(a) for counts _____ . ☐ Drug Program Fee of $150 per HS 11372.7(a).

6. TESTING: a. ☐ AIDS pursuant to PC 1202.1    b. ☐ DNA pursuant to PC 296    c. ☐ other *(specify)*:

7. Other orders *(specify)*: Sentence to be served concurrent with time now being served in/on SC53421A

8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM:  3  0

9. ☐ This sentence is to run concurrent with *(specify)*:

10. Execution of sentence imposed
    a. ☐ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☒ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other *(specify)*:

11. 
| DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: 399 INCLUDING: | ACTUAL LOCAL TIME 267 | LOCAL CONDUCT CREDITS 132 | ☒ 4019 ☐ 2933.1 | TIME SERVED IN STATE INSTITUTION: | DMH | CDC | CRC |
|---|---|---|---|---|---|---|---|---|---|
| 06-20-03 | | | | | | | [ ] | [ ] | [ ] |

12. The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
    ☒ other *(specify)*: San Quentin

**CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: STARLETTE V. ENGLISH   DATE: 06-20-03

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR -290.1 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code,
§§ 1170, 1213, 1213.5

MS0117

