# EXHIBIT D





Case 3:07-cr-00335-SI    Document 27-5    Filed 01/17/2008    Page 4 of 4

