





01.08 20:23



01.12 11:03