01.13 21:40

03.21 18:53