UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 1/24/08

Case No.   CR-07-0415-SI  (335)   Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- MARTIN LEE SIMON (C)(P)

Attorneys:  Danner        Linker
USPO: A. Searles

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1) Judgment & Sentence - HELD _____

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                          PART

Case continued to

Case continued to _@_ for Pretrial Conference

Case continued to _@ 8:30 a.m._ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____

ORDERED AFTER HEARING:
Custody: 40 months
Sup. Release: 3 years w/special conditions (see judgment for details)
Sp. Ass: $100.00
No Fine

FILED
JAN 24 2008